[No. 66872-2-I. Division One. January 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA MARLO KNOX, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-00998-6, Kenneth L. Cowsert, J., entered February 25, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Grosse, J.

[Nos. 67231-2-I; 67232-1-I; Division One. January 14, 2013.]
67233-9-I; 67234-7-I;
67235-5-I.

*In the Matter of the Dependency of* J.L.G. III, ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CHANEL DEAUN GUY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 10-7-03452-6, Patricia H. Clark, J., entered May 6, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Appelwick and Schindler, JJ.

[No. 67257-6-I. Division One. January 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY DEEK HOLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04346-9, Mariane C. Spearman, J., entered May 13, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Appelwick and Schindler, JJ.